ORIGINAL

MATSUMOTO, J.

BLOOM, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

WILSON ERIC CUEVAS
_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NEW YORK CITY Police Department
73rd PRECINCT DETECTIVE JOHN WILMER
Shield #: 6477, CMD: 295 Brooklyn Borough North,
Unknown Detectives: JOHN DOE, JANE DOE

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Complaint for Violation of Civil Rights
(Non-Prisoner Complaint)

Case No. **CV19-4285**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
               *(check one)*



RECEIVED
JUL 24 2019
PRO SE OFFICE

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Wilson Eric Cuevas Jr.
   Street Address: 1805 Pitkin Avenue Apartment C4
   City and County: Brooklyn (Kings County)
   State and Zip Code: New York, 11212
   Telephone Number: 347-471-3883
   E-mail Address: WilsonCuevas476@GMail.Com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: John Ulmer (Detective) Shield: 6477
   Job or Title (if known): Detective Borough Brooklyn North
   Street Address: 1470 East New York Avenue
   City and County: Brooklyn (Kings County)
   State and Zip Code: New York 11212
   Telephone Number: 718-495-5411
   E-mail Address (if known):

2

**Defendant No. 2**

Name: New York City Police Department
Job or Title (if known): 
Street Address: 1 Police Plaza / 1470 East New York Ave.
City and County: NY, NY / Brooklyn, NY 11212
State and Zip Code: 
Telephone Number: 
E-mail Address (if known): 

**Defendant No. 3**

Name: Detective John Doe / Jane Doe
Job or Title (if known): Detective
Street Address: 1470 East New York Avenue
City and County: Brooklyn (Kings County)
State and Zip Code: New York 11212
Telephone Number: 718.495.5411
E-mail Address (if known): 

**Defendant No. 4**

Name: Detective John Doe / Jane Doe
Job or Title (if known): Detective
Street Address: 1470 East New York Avenue
City and County: Brooklyn (Kings County)
State and Zip Code: New York 11212
Telephone Number: 718.495.5411
E-mail Address (if known):

Defendant No. 5

    Name - Detective John Doe / Jane Doe
Job/Title - Detective
Street Address - 1470 East New York Avenue
City & County - Brooklyn (Kings County)
State & Zip Code - New York, 11212
Telephone Number - 718·495·5411
E Mail Address -
   (If known)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4Th Amendment, 5Th Amendment and 14Th Amendment of the United States Of America Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4Th, 5Th and 14Th Amendments. My right to be Free to leave, Unlawful Arrest

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Abused authority where I was arrested for a open bench warrant in which was a lie due to me going to Court because I appeared at Queens County and Kings County for Court

See Attached

Continued: 10 days prior on Oct. 17Th 2018 inwhich I was hand cuffed, transported to the 73rd Precinct, locked in a cell to never be charged. I was locked in that cell, the interrigation room and escorted in handcuffs inwhich I was never finger printed for me to have been being arrested for and held against my free will for having a bench warrent. They abused their authority.

Before, during and after the arrest from my apartment building (1805 Pitkin Avenue Brooklyn, NY) I've been telling them they are making a mistake, I went to Court on Oct 17Th 2018 and I will sue them, but they did it as a scam to interregate me without a warrent or an Icard. To have grounds, this is the type of behavor NYPD Detectives do. No evidence or probable case as a result of me being deprived to be free to leave, locked in a cell, put and escorted in handcuffs, property being taken they put me in a line-up and charged me with a different crime then having a bench warrent.

They had no probable cause to arrest me on the street period. So they abuse there authority by forcing us to go with them and do what they say. Therefore I was deprived of my 4Th, 5Th and 14Th Amendments.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1805 Pitkin Avenue Brooklyn, NY 11212 and 1470 East New York Avenue Brooklyn, NY 11212

B. What date and approximate time did the events giving rise to your claim(s) occur?

Oct. 27, 2018 6:30 PM - Oct. 28, 2018 11 AM.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

5

Facts: (what happened?) Sometime between 6:45PM - 8:45PM October 27th, 2018 I was standing outside my building 1805 Pitkin Ave when a unmarked Car pulled up shouting my name "Wilson", as I started to approach the Car a white male says "Remember me." So I say "no", then he starts acting like he's looking in his phone to show me something. It was drizzling so he says lets go over here and get out this rain. As we stand under the storefront next to my building I look back to the Car to see a black male get out the driver's seat and start to approach from behind. The white male says "Oh, look" to draw my attention to him, so when I turn around I hear the black male say "Put your hands behind your back" my reply was "no, for what" Still not sure who they are and whats going on due to them not identifying themselves the black guy says "You have a open bench warrant for missing a Court apperance", I told him "no, I don't" in which I just went to Court on October 17th (10 day before).

See Attached...

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Emotional destress, Aggravated damages, General damages and Grievous bodily harm.

4

## Continuation: Facts: (What Happened?)

So the black male handcuffs me, then placed in the car by both the black and white males. After 5 minutes of them driving we pull into the 73rd Precinct parking lot where there are plain clothes officers / Detectives waiting outside when we pull to the ramp entrance to the precinct. Then I am escorted to the wall across from the pedigree desk in handcuffs still where I am searched. Instantly after I'm locked into a cell. 10 minutes later a uniformed officer handcuffs me, then escorts me to the detectives squad upstairs where I am locked in a interrogation room. I get interrogated by John Ulmer Shield-6477, after several attempts he gets no confession he says "Okay, have it your way" leaves then came back and searches my property again. Then says "You have anybody to pick up your property" after speaking with my father about my property they put me in a lineup. I was put in a line up on 10/27/18 before 12 AM, but Det. John Ulmer documented the line up on 10/28/18 at 10 AM. None of the fillers fit my description. After my property is picked up and the line up, I'm put in a cell until the next morning. They never had a warrant for my arrest, I was not only escorted around the precinct in handcuffs, searched and held in a cell against my free will. Therefore In my view the arrest was intrusive, The seizure was illegal and the consent to search was invalid. I was locked in a cell and was never released from 8PM Oct. 27 2018 until 8AM Oct. 28, 2018 in which I was not free to leave.

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Destress, Aggravated Damages, General Damages and Grievous Bodily Harm

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary remedy to Compensate for My pain and Suffering.

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 24th, 2019.

Signature of Plaintiff *Wilson E. Cuevas*

Printed Name of Plaintiff *Wilson Eric Cuevas*