```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
WILSON ERIC CUEVAS,

                   Plaintiff,            MEMORANDUM & ORDER
                                         19-CV-4285(EK)(JRC)
         -against-

JOHN ULMER, MICHAEL KREISMER, and
JAMES SARVIS,

                   Defendants.
-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cho's Report and Recommendation (R&R) dated August 30, 2022.  ECF No. 45.  Judge Cho recommends that the case be dismissed for Plaintiff's failure to prosecute and failure to comply with court orders.  No party has filed objections, and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, the case is dismissed.  Defendants' pending motion to dismiss, ECF No. 34, is denied as moot.  The Clerk of

Court is respectfully directed to enter judgment in favor of Defendants and to close this case.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    September 30, 2022
           Brooklyn, New York